**Order entered February 26, 2020**



**In the**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01022-CR

### MARCEL LAKEIST WILLIAMS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 291st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F16-42251-U

### ORDER

The reporter's record in this appeal is past due. When it was not timely filed, we notified court reporter Sasha Brooks by postcard dated November 21, 2019 and directed her to file (1) the reporter's record, (2) written verification no hearings were recorded, or (3) written verification appellant had not requested the reporter's record by December 21, 2019. We received no response from Ms. Brooks and the reporter's record was not filed. We then ordered the reporter's record filed by February 3, 2020. We cautioned Ms. Brooks that the failure to file the reporter's

record by that date might result in the Court ordering she not sit until the reporter's record is filed. To date, the reporter's record has not been filed.

We **ORDER** court reporter Sasha Brooks not to sit until the reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Stephanie Mitchell, Presiding Judge, 291st Judicial District Court; to Sasha Brooks, official court reporter, 291st Judicial District Court; to the Dallas County Auditor's Office; and to counsel for all parties.


/s/     CORY L. CARLYLE
        JUSTICE